IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION FILE NO. 2:23-CV-23

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>AHOSKIE INN, LLC; PREM AMARANTH, AMIT PATEL, and BALAJI PRASAD,<br>Defendants | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings requesting that this case be stayed pending the resolution of related state court proceedings in North Carolina Superior Court, and it appearing to the Court that good cause exists for the granting of said motion and that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Stay Proceedings should be and hereby is, granted. The parties are DIRECTED to file a joint status report regarding the need for continued stay, within 180 days of the date of this order, and every 180 days thereafter, or upon resolution of the related state court proceedings, whichever is earlier.

This the 29th day of January, 2024.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE